# EXHIBIT 2

**Joe Carrero**

---

**From:** Everette Jonas <everette.jonas@yahoo.com>
**Sent:** Wednesday, October 3, 2012 8:42 AM
**To:** Jose Pereira Jr.
**Cc:** jcarrero@intermetalhd.com; Carla Largaespada
**Subject:** Re: non Payment

Jose
Come on. You are again resorting to fig leave cover to deny me payment. Your contracted Agreement was with me and with non other. Sir the agreed balance for with I have already submitted a final imbe,nity is $15,000.00 Please be a person of honor and have my funds remitted so that this unfortunate chapter can finally be closed and we move on.
Kindly acknowledge.
Thanks
Jonas

**From:** Jose Pereira Jr. <jpereirajr@seacape-shipping.com>
**To:** 'Everette Jonas' <everette.jonas@yahoo.com>
**Cc:** jcarrero@intermetalhd.com
**Sent:** Tuesday, October 2, 2012 4:20 PM
**Subject:** RE: non Payment

Everette,

Honestly, I do not recall what balance may or may of not been due you, but last I recall we had some other individual seeking to claim against us for material we purchased from you claiming that they were never paid by you for any material and the sum was quite large.

Sorry but with such situation pending even if there was a balance due you, we could not remit same due to the potential of a claim still being presented. I believe the statute of limitation on such type of matter remains active for many years.

Regards,

Jose

---

**From:** Everette Jonas [mailto:everette.jonas@yahoo.com]
**Sent:** Tuesday, October 02, 2012 3:29 PM
**To:** Jose Pereira Jr; jcarrero@intermetalhd.com; Carla Largaespada
**Subject:** Fw: non Payment

----- Forwarded Message -----
**From:** Everette Jonas <everette.jonas@yahoo.com>
**To:** Jose Pereira Jr <jpereirajr@seacape-shipping.com>; "jcarrero@intermetalhd.com" <jcarrero@intermetalhd.com>
**Cc:** Carla Largaespada <carla.largaespada@firstbankfla.com>
**Sent:** Wednesday, September 26, 2012 7:47 AM
**Subject:** non Payment

1

Jose/Joe

I am at a complete loss as to the reason for your non payment of the $15,000.00 which in accordance to your calculations and summation is due to me.

I have met every stipulation which you have laid down and this notwithstanding, I am yet to receive my payment.

I am once again therefore appealing in the name of reason for these funds to be remitted immediately.

Kindly acknowledge and advise.

Thanks

Jonas

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1427 / Virus Database: 2441/5317 - Release Date: 10/08/12